**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and LABORERS' DISTRICT COUNCIL RETIREE HEALTH AND WELFARE FUND, and CATHERINE WENSKUS, Assistant Administrator of the Funds**

**Plaintiffs,**

**v.**

**THE RED ANTS BORING COMPANY, an Illinois corporation,**

**Defendant.**

**Case No. 17 C 7919**

**Judge**

**COMPLAINT**

Plaintiffs, Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, and Laborers' District Council Retiree Health and Welfare Fund (collectively "Funds"), and Catherine Wenskus, Assistant Administrator of the Funds (hereinafter collectively "Funds"), by their attorneys, Patrick T. Wallace, Jerrod Olszewski, Amy N. Carollo, G. Ryan Liska, Katherine Mosenson, and Kelly Carson Burtzlaff, for their Complaint against Defendant The Red Ants Boring Company, an Illinois corporation, state:

**COUNT I**

**(Failure To Pay Employee Benefit Contributions as Revealed by an Audit)**

1. Jurisdiction is based on Sections 502(e)(1) and (2) and 515 of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. §§1132 (e)(1) and (2) and 1145, Section 301(a) of the Labor Management Relations Act ("LMRA") of 1947 as amended, 29 U.S.C. §185(a), 28 U.S.C. §1331, and federal common law.

2. Venue is proper pursuant to Section 502(e)(2) of ERISA, 29 U.S.C. §1132(e)(2), and 28 U.S.C. §1391 (a) and (b).

3. The Funds are multiemployer benefit plans within the meanings of Sections 3(3) and 3(37) of ERISA. 29 U.S.C. §1002(3) and 37(A). They are established and maintained pursuant to their respective Agreements and Declarations of Trust in accordance with Section 302(c)(5) of the LMRA. 29 U.S.C. § 186(c)(5). The Funds have offices and conduct business within this District.

4. Plaintiff Catherine Wenskus is the Assistant Administrator of the Funds, and has been duly authorized by the Funds' Trustees to act on behalf of the Funds in the collection of employer contributions owed to the Funds and to the Construction and General District Council of Chicago and Vicinity Training Fund, and with respect to the collection by the Funds of amounts which have been or are required to be withheld from the wages of employees in payment of Union dues for transmittal to the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union"). With respect to such matters, Wenskus is a fiduciary of the Funds within the meaning of Section 3(21)(A) of ERISA, 29 U.S.C. §1002(21)(A).

5. Defendant The Red Ants Boring Company, is an Illinois corporation, (hereinafter "Company"). Company does business within this District and was at all

times relevant herein an employer within the meaning of Section 3(5) of ERISA, 29 U.S.C. §1002(5), and Section 301(a) of the LMRA, 29 U.S.C. §185(c).

6. The Union is a labor organization within the meaning of 29 U.S.C. §185(a). The Union and Company have been parties to a collective bargaining agreement, which became effective June 1, 2017. ("Agreement"). (A copy of the "short form" Agreement entered into between the Union and Company which Agreement adopts and incorporates Master Agreements between the Union and various employer associations, and also binds Company to Funds' respective Agreements and Declarations of Trust is attached hereto as Exhibit A.)

7. The Funds have been duly authorized by the Construction and General Laborers' District Council of Chicago and Vicinity Training Fund (the "Training Fund"), the Midwest Construction Industry Advancement Fund ("MCIAF"), Mid-American Regional Bargaining Association ("MARBA") the Chicagoland Construction Safety Council (the "Safety Fund"), the Laborers' Employers' Cooperation and Education Trust ("LMCC"), Concrete Contractors Association ("CCA") Concrete Contractors Association ("CCA"), the Builders Association ("BAC"), the CISCO Uniform Drug/Alcohol Abuse Program ("CISCO"), the Industry Advancement Fund ("IAF"), and the Laborers' District Council Labor Management Committee Cooperative ("LMCC"), Chicago Area Independent Construction Association ("CAICA") to act as an agent in the collection of contributions due to those funds.

8. The Agreement and the Funds' respective Agreements and Declarations of Trust obligate Company to make contributions on behalf of its employees covered by the Agreement for pension benefits, health and welfare benefits, for the training fund and to

submit monthly remittance reports in which Company, *inter alia*, identifies the employees covered under the Agreement and the amount of contributions to be remitted to the Funds on behalf of each covered employee. Pursuant to the terms of the Agreement and the Funds' respective Agreements and Declarations of Trust, contributions which are not submitted in a timely fashion are assessed liquidated damages plus interest.

9. The Agreement and the Funds' respective Agreements and Declarations of Trust require Company to submit its books and records to the Funds on demand for an audit to determine benefit contribution compliance.

10. Notwithstanding the obligations imposed by the Agreement and the Funds' respective Agreements and Declarations of Trust, Company performed covered work during the audit period of June 23, 2013 through March 31, 2016, (a true and accurate copy of the audit is attached hereto as Exhibit B) which revealed that Company has:

(a) failed to report and pay contributions in the amount of $108,875.14 owed to Plaintiff Laborers' Pension Fund for the audit period of June 1, 2013 through March 31, 2016, thereby depriving the Laborers' Pension Fund of contributions, income and information needed to administer the Fund and jeopardizing the pension benefits of the participants and beneficiaries;

(b) failed to report and pay contributions in the amount of $115,838.36 owed to Plaintiff Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity for the audit period of June 1, 2013 through March 31, 2016, thereby

depriving the Welfare Fund of contributions, income and information needed to administer the Fund and jeopardizing the health and welfare benefits of the participants and beneficiaries;

(c) failed to report and pay contributions in the amount of $31,788.90 owed to Plaintiff Laborers' District Council Retiree Health and Welfare Fund of the Construction and General Laborers' District Council of Chicago and Vicinity for the audit period of June 1, 2013 through March 31, 2016, thereby depriving the Welfare Fund of contributions, income and information needed to administer the Fund and jeopardizing the health and welfare benefits of the participants and beneficiaries;

(d) failed to report and pay contributions in the amount of $5,373.50 owed to Laborers' Training Fund for the audit period of June 1, 2013 through March 31, 2016, thereby depriving the Laborers' Training Fund of contributions, income and information needed to administer the Fund and jeopardizing the training fund benefits of the participants and beneficiaries;

(e) failed to report and pay contributions in the amount of $1,425.53 owed to Laborers' District Council Labor Management Committee Cooperative ("LMCC") for the audit period of June 1, 2013 through March 31, 2016, thereby depriving the LMCC of contributions, income and information needed to administer the Fund and jeopardizing the benefits of the participants and beneficiaries;

(f) failed to report and pay contributions in the amount of $859.76

owed to Chicago Area Independent Construction Association ("CAICA") for the audit period of June 1, 2013 through March 31, 2016, thereby depriving the CAICA of contributions, income and information needed to administer the Fund and jeopardizing the benefits of the participants and beneficiaries;

(g) failed to report and pay contributions in the amount of $752.38 owed to Laborers' Employers' Cooperation and Education Trust ("LECET") for the audit period of June 1, 2013 through March 31, 2016, thereby depriving the LECET of contributions, income and information needed to administer the Fund and jeopardizing the benefits of the participants and beneficiaries; and

11. Under the terms of the Agreements and the Funds' respective Agreements and Declarations of Trust, Company owes liquidated damages plus interest on all unpaid contributions, and paid late contributions as identified on the audit for the time period of June 1, 2013 through March 31, 2016.

12. Under the terms of the Agreement and the Funds' respective Agreements and Declarations of Trust, Company is liable for the costs of any audit which reveals unpaid contributions. Accordingly, Company owes the Funds $1,995.00 in audit costs for the audit for the period of June 1, 2013 through March 31, 2016.

13. Company's actions in failing to submit payment upon an audit to which it submitted its books and records violate Section 515 of ERISA, 29 U.S.C. §1145.

14. Pursuant to Section 502(g)(2) of ERISA, 29 U.S.C. §1132 (g)(2), Section 301 of the LMRA, 29 U.S.C. §185, and the terms of the Agreement and the Funds' respective Trust Agreements, Company is liable to the Funds for unpaid contributions, as well as interest and liquidated damages on the unpaid contributions, audit costs, interest,

and reasonable attorneys' fees and costs, and such other legal and equitable relief as the Court deems appropriate.

WHEREFORE, Plaintiffs respectfully request this Court enter a judgment against Defendant THE RED ANTS BORING COMPANY:

a. entering judgment in sum certain in favor of the Funds and against Defendant on the amounts due and owing pursuant to the audit for the period of June 1, 2013 through March 31, 2016, including contributions, interest, liquidated damages, audit costs, and Plaintiffs' reasonable attorneys' fees and costs;

b. awarding Plaintiffs any further legal and equitable relief as the Court deems appropriate.

**COUNT II**

**(Failure to Pay Union Dues as Revealed by an Audit)**

15. Plaintiffs reallege paragraphs 1 through 14 as though fully set forth herein.

16. Pursuant to agreement, the Funds have been duly designated to serve as collection agents for the Union in that the Funds have been given the authority to collect from employers union dues which have been or should have been deducted from the wages of covered employees.

17. Notwithstanding the obligations imposed by the Agreement, Company performed covered work during the audit period and Company failed to withhold and/or submit payment of $12,086.96 in union dues that were or should have been withheld from the wages of employees for the audit period of June 1, 2013 through March 31, 2016, thereby depriving the Union of information and income. See Exhibit B.

18. Pursuant to the Agreement, Company owes liquidated damages on all late or unpaid dues. Accordingly, Company owes liquidated damages for the unpaid union dues revealed as due and owing on the audit as well as audit costs, reasonable attorneys' fees and costs as the Union's collection agent, and such other legal and equitable relief as the Court deems appropriate.

WHEREFORE, Plaintiffs respectfully request this Court enter a judgment against Defendant THE RED ANTS BORING COMPANY:

a. entering judgment in sum certain in favor of the Funds and against Defendant on the amounts due and owing pursuant to the audit for the period of June 1, 2013 through March 31, 2015, including dues, liquidated damages, audit costs, and Plaintiffs' reasonable attorneys' fees and costs; and

b. awarding Plaintiffs any further legal and equitable relief as the Court deems appropriate.

November 2, 2017

Laborers' Pension Fund, et al.

/s/ G. Ryan Liska

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL 60604
(312) 692-1540



# CONSTRUCTION & GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY

AFFILIATED WITH THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA

999 McCLINTOCK DRIVE • SUITE 300 • BURR RIDGE, IL 60527 • PHONE: 630/655-0209 • FAX: 630/655-8853

## INDEPENDENT CONSTRUCTION INDUSTRY COLLECTIVE BARGAINING AGREEMENT

It is hereby stipulated and agreed by and between Red Ants Boring Co. ("Employer") and the Construction and General Laborers' District Council of Chicago and Vicinity, Laborers' International Union of North America ("Union"), representing and encompassing its affiliated Local Unions, including Local Nos. 1, 2, 4, 5, 6, 25, 75, 76, 96, 118, 149, 152, 225, 269, 288, 582, 681, 1001, 1035, 1092, together with any other Local Unions that may come within its jurisdiction ("Local Unions"), and encompassing the geographic areas of Cook, Lake, DuPage, Will, Grundy, Kendall, Kane, McHenry and Boone counties, Illinois, that [illegible]

1. Recognition. [illegible]

2. Labor Contract. [illegible]

3. Total economic increase. The Employer shall pay its employees a total economic increase of $1.75 per hour effective June 1, 2010; $1.60 per hour effective June 1, 2011 and $1.85 per hour effective June 1, 2012, said amounts to be allocated between wages, fringe benefits and other funds by the Union in its sole discretion. Effective June 1, 2010, the minimum wage rate shall be $33.[illegible] per hour.

4. Checkoff Deductions and Remittances. [illegible]

[illegible]

5. Work Jurisdiction. [illegible]

6. Subcontracting. [illegible]

7. Fringe Benefits. [illegible]

8. Contract Enforcement. [illegible]

9. Successors. [illegible]

10. Termination. [illegible]

11. Execution. [illegible]

Date: August 26, 2010.

Red Ants Boring Co.
(Employer)

ACCEPTED:
Laborers' Local Union No. 152

FEIN No.: 27-[illegible]

By: ____________________

By: [illegible]

CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY

By: [signature]
James P. Connolly, Business Manager

x Pedro [illegible]

By: [signature]
Richard Stransky, Secretary-Treasurer

2210 [illegible]

[illegible]

For Office Use Only: CA ICA *

847-651[illegible]

Effective June 1, 2010 WHITE - LOCAL UNION • CANARY - TRUST FUND • PINK - DISTRICT COUNCIL

RECEIVED
MAR 04 2011
BY: [signature]

JG

35765

Pro
PEDRO
MAC
Ceatley

EXHIBIT
A

LABORERS DISTRICT COUNCIL OF CHICAGO – CAICA ASSOCIATION

RED ANTS BORING COMPANY # 35165

*YEAR: 6/13 to 5/14*

*ADDITIONAL HOURS and/or WORK DUES 6/13 - 5/14*

| S. S. # | Flags | Type | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIMON, MANUEL | # | Hours | - | - | - | - | - | - | 72.00 | 79.50 | 105.00 | 199.50 | 167.00 | 205.00 | 828.00 |
| XXXXXXXXX | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Gross $ | - | - | - | - | - | - | 2,165.76 | 2,504.16 | 3,293.76 | 6,394.94 | 5,399.36 | 6,432.16 | $ 26,190.14 |
| VALDES, JESUS | # | Hours | - | 50.00 | 27.00 | 76.00 | 134.00 | 194.00 | 138.50 | 79.50 | 159.00 | 193.00 | 183.50 | 203.00 | 1,437.50 |
| XXXXXXXXX | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Gross $ | - | 1,394.30 | 722.49 | 2,886.00 | 4,550.56 | 6,623.12 | 4,399.18 | 2,504.16 | 4,978.24 | 6,376.96 | 6,023.52 | 6,512.32 | $ 46,970.85 |
| VALDEZ, JUAN L | # | Hours | - | - | - | - | - | 77.00 | 139.00 | - | - | - | - | 43.00 | 259.00 |
| XXXXXXXXX | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Gross $ | - | - | - | - | - | 2,973.20 | 4,226.24 | - | - | - | - | 1,338.56 | $ 8,538.00 |

| | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | - | 50.00 | 27.00 | 76.00 | 134.00 | 271.00 | 349.50 | 159.00 | 264.00 | 392.50 | 350.50 | 451.00 | 2,524.50 |
| TOTAL GROSS $ | $ - | $ 1,394.30 | $ 722.49 | $ 2,886.00 | $ 4,550.56 | $ 9,596.32 | $ 10,791.18 | $ 5,008.32 | $ 8,272.00 | $ 12,771.90 | $ 11,422.88 | $ 14,283.04 | $ 81,698.99 |

| Amount Due To Funds: | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ 669.00 | $ 361.26 | $ 1,016.88 | $ 1,792.92 | $ 3,625.98 | $ 4,676.31 | $ 2,127.42 | $ 3,532.32 | $ 5,251.65 | $ 4,689.69 | $ 6,034.38 | $ 33,777.81 |
| PENSION | $ - | $ 476.00 | $ 257.04 | $ . 723.52 | $ 1,275.68 | $ 2,579.92 | $ 3,327.24 | $ 1,513.68 | $ 2,513.28 | $ 3,736.60 | $ 3,336.76 | $ 4,293.52 | $ 24,033.24 |
| TRAINING | $ - | $ 25.00 | $ 13.50 | $ 38.00 | $ 67.00 | $ 135.50 | $ 174.75 | $ 79.50 | $ 132.00 | $ 196.25 | $ 175.25 | $ 225.50 | $ 1,262.25 |
| LECET | $ - | $ 3.50 | $ 1.89 | $ 5.32 | $ 9.38 | $ 18.97 | $ 24.47 | $ 11.13 | $ 18.48 | $ 27.48 | $ 24.54 | $ 31.57 | $ 176.73 |
| LMCC | $ - | $ 6.00 | $ 3.24 | $ 9.12 | $ 16.08 | $ 32.52 | $ 41.94 | $ 19.08 | $ 31.68 | $ 47.10 | $ 42.06 | $ 54.12 | $ 302.94 |
| CAICA | $ - | $ 4.00 | $ 2.16 | $ 6.08 | $ 10.72 | $ 21.68 | $ 27.96 | $ 12.72 | $ 21.12 | $ 31.40 | $ 28.04 | $ 36.08 | $ 201.96 |
| DUES | $ - | $ 45.31 | $ 23.48 | $ 93.80 | $ 147.89 | $ 311.88 | $ 350.71 | $ 162.77 | $ 268.84 | $ 415.09 | $ 371.24 | $ 464.20 | $ 2,655.21 |
| TOTAL | $ - | $ 1,228.81 | $ 662.57 | $ 1,892.72 | $ 3,319.67 | $ 6,726.45 | $ 8,623.38 | $ 3,926.30 | $ 6,517.72 | $ 9,705.57 | $ 8,667.58 | $ 11,139.37 | $ 62,410.14 |

| Rates: | 6/1/13 | to | 5/31/14 |
|---|---|---|---|
| WELFARE | 13.38 | LMCC | 0.12 |
| PENSION | 9.52 | CAICA | 0.08 |
| TRAINING | 0.50 | DUES | 3.25% |
| LECET | 0.07 | | |

tabbies
EXHIBIT
B

LABORERS DISTRICT COUNCIL OF CHICAGO – CAICA ASSOCIATION

RED ANTS BORING COMPANY # 35165

*YEAR: 6/14 to 5/15*

*ADDITIONAL HOURS and/or WORK DUES 6/14 - 5/15*

| S. S. # | Flags | Type | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIMON, MANUEL | # | Hours | 151.50 | 163.50 | 162.00 | 158.00 | 122.50 | 167.00 | 159.00 | 96.50 | 115.50 | 141.50 | 149.50 | 186.50 | 1,773.00 |
| XXXXXXXXX | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Gross $ | 4,790.24 | 5,331.68 | 5,113.60 | 4,963.20 | 3,842.64 | 5,248.96 | 4,988.32 | 3,030.56 | 3,556.96 | 4,339.04 | 4,669.92 | 5,885.26 | $ 55,760.38 |
| VALDES, JESUS | # | Hours | 171.00 | 173.50 | 202.50 | 158.00 | 205.50 | 166.00 | 148.50 | 106.00 | 139.50 | 146.00 | 156.00 | 211.50 | 1,984.00 |
| XXXXXXXXX | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Gross $ | 5,429.34 | 5,542.24 | 6,519.84 | 4,963.20 | 6,474.72 | 5,203.84 | 4,589.76 | 3,459.20 | 4,369.12 | 4,481.92 | 4,903.04 | 6,811.18 | $ 62,747.40 |
| VALDEZ, JUAN L | # | Hours | 35.00 | - | 30.50 | 35.00 | 8.00 | 35.00 | 54.00 | 88.50 | 113.50 | 122.00 | 119.00 | 192.00 | 832.50 |
| XXXXXXXXX | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Gross $ | 1,097.92 | - | 955.04 | 1,097.92 | 240.64 | 1,097.92 | 1,714.56 | 2,445.62 | 3,556.96 | 3,699.84 | 3,647.20 | 6,169.84 | $ 25,723.46 |

| | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | 357.50 | 337.00 | 395.00 | 351.00 | 336.00 | 368.00 | 361.50 | 291.00 | 368.50 | 409.50 | 424.50 | 590.00 | 4,589.50 |
| TOTAL GROSS $ | $ 11,317.50 | $ 10,873.92 | $ 12,588.48 | $ 11,024.32 | $ 10,558.00 | $ 11,550.72 | $ 11,292.64 | $ 8,935.38 | $ 11,483.04 | $ 12,520.80 | $ 13,220.16 | $ 18,866.28 | $ 144,231.24 |

| Amount Due To Funds: | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ 3,567.85 | $ 3,363.26 | $ 3,942.10 | $ 3,502.98 | $ 3,353.28 | $ 3,672.64 | $ 3,607.77 | $ 2,904.18 | $ 3,677.63 | $ 4,086.81 | $ 4,236.51 | $ 5,888.20 | $ 45,803.21 |
| PENSION | $ 3,617.90 | $ 3,410.44 | $ 3,997.40 | $ 3,552.12 | $ 3,400.32 | $ 3,724.16 | $ 3,658.38 | $ 2,944.92 | $ 3,729.22 | $ 4,144.14 | $ 4,295.94 | $ 5,970.80 | $ 46,445.74 |
| TRAINING | $ 178.75 | $ 168.50 | $ 197.50 | $ 175.50 | $ 168.00 | $ 184.00 | $ 180.75 | $ 145.50 | $ 184.25 | $ 204.75 | $ 212.25 | $ 295.00 | $ 2,294.75 |
| LECET | $ 25.03 | $ 23.59 | $ 27.65 | $ 24.57 | $ 23.52 | $ 25.76 | $ 25.31 | $ 20.37 | $ 25.80 | $ 28.67 | $ 29.72 | $ 41.30 | $ 321.29 |
| LMCC | $ 42.90 | $ 40.44 | $ 47.40 | $ 42.12 | $ 40.32 | $ 44.16 | $ 43.38 | $ 34.92 | $ 44.22 | $ 49.14 | $ 50.94 | $ 70.80 | $ 550.74 |
| CAICA | $ 28.60 | $ 26.96 | $ 31.60 | $ 28.08 | $ 26.88 | $ 29.44 | $ 28.92 | $ 23.28 | $ 29.48 | $ 32.76 | $ 33.96 | $ 47.20 | $ 367.16 |
| DUES | $ 367.82 | $ 353.40 | $ 409.13 | $ 358.29 | $ 343.14 | $ 375.40 | $ 367.01 | $ 290.40 | $ 373.20 | $ 406.93 | $ 429.66 | $ 613.15 | $ 4,687.53 |
| RET WEL | $ 1,358.50 | $ 1,280.60 | $ 1,501.00 | $ 1,333.80 | $ 1,276.80 | $ 1,398.40 | $ 1,373.70 | $ 1,105.80 | $ 1,400.30 | $ 1,556.10 | $ 1,613.10 | $ 2,242.00 | $ 17,440.10 |
| TOTAL | $ 9,187.35 | $ 8,667.19 | $ 10,153.78 | $ 9,017.46 | $ 8,632.26 | $ 9,453.96 | $ 9,285.22 | $ 7,469.37 | $ 9,464.10 | $ 10,509.30 | $ 10,902.08 | $ 15,168.45 | $ 117,910.52 |

| Rates: | 6/1/14 | to | 5/31/15 |
|---|---|---|---|
| WELFARE | 9.98 | LMCC | 0.12 |
| PENSION | 10.12 | CAICA | 0.08 |
| TRAINING | 0.50 | DUES | 3.25% |
| LECET | 0.07 | RET WEL | 3.80 |

Case: 1:17-cv-07919 Document #: 1 Filed: 11/02/17 Page 12 of 16 PageID #:12

LABORERS DISTRICT COUNCIL OF CHICAGO – CAICA ASSOCIATION

RED ANTS BORING COMPANY #35165

*YEAR: 6/15 to 5/16*

*ADDITIONAL HOURS and/or WORK DUES 6/15 - 5/16*

| S. S. # | Flags | Type | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HERNANDEZ, EVERARDO | # | Hours | - | - | - | - | - | - | - | 73.00 | 73.00 | 72.50 | - | - | 218.50 |
| XXXXXXXX | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Gross $ | - | - | - | - | - | - | - | 3,028.20 | 3,028.20 | 3,028.20 | - | - | $ 9,084.60 |
| LARA, RAUL III | # | Hours | - | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 39.50 | - | - | - | - | - | 239.50 |
| XXXXXXXX | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Gross $ | - | 1,746.03 | 1,746.03 | 1,746.03 | 1,746.03 | 1,746.03 | 1,746.05 | - | - | - | - | - | $ 10,476.20 |
| LIMON, MANUEL | # | Hours | 150.50 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 86.50 | - | - | - | - | - | 687.00 |
| XXXXXXXX | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Gross $ | 4,936.12 | 3,534.16 | 3,534.16 | 3,534.16 | 3,534.16 | 3,534.16 | 3,534.16 | - | - | - | - | - | $ 26,141.08 |
| MONTEJANO, HERIBERTO | # | Hours | - | 43.50 | 43.50 | 43.50 | 43.50 | 43.50 | 43.50 | - | - | - | - | - | 261.00 |
| XXXXXXXX | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Gross $ | - | 1,885.43 | 1,885.43 | 1,885.43 | 1,885.43 | 1,885.43 | 1,885.45 | - | - | - | - | - | $ 11,312.60 |
| VALDES, JESUS | # | Hours | 178.50 | 86.00 | 86.00 | 86.00 | 86.00 | 86.00 | 85.50 | - | - | - | - | - | 694.00 |
| XXXXXXXX | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Gross $ | 6,038.34 | 3,409.67 | 3,409.67 | 3,409.67 | 3,409.67 | 3,409.67 | 3,409.69 | - | - | - | - | - | $ 26,496.38 |
| VALDEZ, JUAN L | # | Hours | 114.00 | - | - | - | - | - | - | - | - | - | - | - | 114.00 |
| XXXXXXXX | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Gross $ | 3,715.86 | - | - | - | - | - | - | - | - | - | - | - | $ 3,715.86 |

| | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | 443.00 | 259.50 | 259.50 | 259.50 | 259.50 | 259.50 | 255.00 | 73.00 | 73.00 | 72.50 | - | - | 2,214.00 |
| TOTAL GROSS $ | $ 14,690.32 | $ 10,575.29 | $ 10,575.29 | $ 10,575.29 | $ 10,575.29 | $ 10,575.29 | $ 10,575.35 | $ 3,028.20 | $ 3,028.20 | $ 3,028.20 | $ - | $ - | $ 87,226.72 |

| Amount Due To Funds: | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ 4,421.14 | $ 2,589.81 | $ 2,589.81 | $ 2,589.81 | $ 2,589.81 | $ 2,589.81 | $ 2,544.90 | $ 728.54 | $ 728.54 | $ 723.55 | $ - | $ - | $ 22,095.72 |
| PENSION | $ 4,748.96 | $ 2,781.84 | $ 2,781.84 | $ 2,781.84 | $ 2,781.84 | $ 2,781.84 | $ 2,733.60 | $ 782.56 | $ 782.56 | $ 777.20 | $ - | $ - | $ 23,734.08 |
| TRAINING | $ 221.50 | $ 129.75 | $ 129.75 | $ 129.75 | $ 129.75 | $ 129.75 | $ 127.50 | $ 36.50 | $ 36.50 | $ 36.25 | $ - | $ - | $ 1,107.00 |
| LECET | $ 31.01 | $ 18.17 | $ 18.17 | $ 18.17 | $ 18.17 | $ 18.17 | $ 17.85 | $ 5.11 | $ 5.11 | $ 5.08 | $ - | $ - | $ 155.01 |
| LMCC | $ 75.31 | $ 44.12 | $ 44.12 | $ 44.12 | $ 44.12 | $ 44.12 | $ 43.35 | $ 12.41 | $ 12.41 | $ 12.33 | $ - | $ - | $ 376.41 |
| CAICA | $ 35.44 | $ 20.76 | $ 20.76 | $ 20.76 | $ 20.76 | $ 20.76 | $ 20.40 | $ 5.84 | $ 5.84 | $ 5.80 | $ - | $ - | $ 177.12 |
| DUES | $ 550.89 | $ 396.57 | $ 396.57 | $ 396.57 | $ 396.57 | $ 396.57 | $ 396.58 | $ 113.56 | $ 113.56 | $ 113.56 | $ - | $ - | $ 3,271.00 |
| RET WEL | $ 1,772.00 | $ 1,038.00 | $ 1,038.00 | $ 1,038.00 | $ 1,038.00 | $ 1,038.00 | $ 1,020.00 | $ 292.00 | $ 292.00 | $ 290.00 | $ - | $ - | $ 8,856.00 |
| TOTAL | $ 11,856.25 | $ 7,019.02 | $ 7,019.02 | $ 7,019.02 | $ 7,019.02 | $ 7,019.02 | $ 6,904.18 | $ 1,976.52 | $ 1,976.52 | $ 1,963.77 | $ - | $ - | $ 59,772.34 |

| Rates: | 6/1/15 | to | 5/31/16 |
|---|---|---|---|
| WELFARE | 9.98 | LMCC | 0.17 |
| PENSION | 10.72 | CAICA | 0.08 |
| TRAINING | 0.50 | DUES | 3.75% |
| LECET | 0.07 | RET WEL | 4.00 |

LABORERS DISTRICT COUNCIL OF CHICAGO -- CAICA ASSOCIATION

RED ANTS BORING COMPANY #35165

*YEAR: 6/14 to 5/15*

*UNREPORTED HOURS and/or WORK DUES 6/14 - 5/15*

| S. S. # | Flags | Type | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CARRANZA, LUIS | # | Hours | - | - | 209.50 | 35.00 | 8.00 | 43.00 | - | 100.50 | 113.00 | 122.00 | 119.00 | 166.00 | 916.00 |
| XXXXXXXXX | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Gross $ | - | - | 6,805.60 | 1,097.92 | 240.64 | 1,338.56 | - | 3,331.36 | 3,534.40 | 3,699.84 | 3,647.20 | 5,327.62 | $ 29,023.14 |

| | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | - | - | 209.50 | 35.00 | 8.00 | 43.00 | - | 100.50 | 113.00 | 122.00 | 119.00 | 166.00 | 916.00 |
| TOTAL GROSS $ | $ - | $ - | $ 6,805.60 | $ 1,097.92 | $ 240.64 | $ 1,338.56 | $ - | $ 3,331.36 | $ 3,534.40 | $ 3,699.84 | $ 3,647.20 | $ 5,327.62 | $ 29,023.14 |

| Amount Due To Funds: | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ - | $ 2,090.81 | $ 349.30 | $ 79.84 | $ 429.14 | $ - | $ 1,002.99 | $ 1,127.74 | $ 1,217.56 | $ 1,187.62 | $ 1,656.68 | $ 9,141.68 |
| PENSION | $ - | $ - | $ 2,120.14 | $ 354.20 | $ 80.96 | $ 435.16 | $ - | $ 1,017.06 | $ 1,143.56 | $ 1,234.64 | $ 1,204.28 | $ 1,679.92 | $ 9,269.92 |
| TRAINING | $ - | $ - | $ 104.75 | $ 17.50 | $ 4.00 | $ 21.50 | $ - | $ 50.25 | $ 56.50 | $ 61.00 | $ 59.50 | $ 83.00 | $ 458.00 |
| LECET | $ - | $ - | $ 14.67 | $ 2.45 | $ 0.56 | $ 3.01 | $ - | $ 7.04 | $ 7.91 | $ 8.54 | $ 8.33 | $ 11.62 | $ 64.13 |
| LMCC | $ - | $ - | $ 25.14 | $ 4.20 | $ 0.96 | $ 5.16 | $ - | $ 12.06 | $ 13.56 | $ 14.64 | $ 14.28 | $ 19.92 | $ 109.92 |
| CAICA | $ - | $ - | $ 16.76 | $ 2.80 | $ 0.64 | $ 3.44 | $ - | $ 8.04 | $ 9.04 | $ 9.76 | $ 9.52 | $ 13.28 | $ 73.28 |
| DUES | $ - | $ - | $ 221.18 | $ 35.68 | $ 7.82 | $ 43.50 | $ - | $ 108.27 | $ 114.87 | $ 120.24 | $ 118.53 | $ 173.15 | $ 943.24 |
| RET WEL | $ - | $ - | $ 796.10 | $ 133.00 | $ 30.40 | $ 163.40 | $ - | $ 381.90 | $ 429.40 | $ 463.60 | $ 452.20 | $ 630.80 | $ 3,480.80 |
| TOTAL | $ - | $ - | $ 5,389.55 | $ 899.13 | $ 205.18 | $ 1,104.31 | $ - | $ 2,587.61 | $ 2,902.58 | $ 3,129.98 | $ 3,054.26 | $ 4,268.37 | $ 23,540.97 |

| Rates: | 6/1/14 | to | 5/31/15 |
|---|---|---|---|
| WELFARE | 9.98 | LMCC | 0.12 |
| PENSION | 10.12 | CAICA | 0.08 |
| TRAINING | 0.50 | DUES | 3.25% |
| LECET | 0.07 | RET WEL | 3.80 |

LABORERS DISTRICT COUNCIL OF CHICAGO – CAICA ASSOCIATION

RED ANTS BORING COMPANY # 35165

*YEAR: 6/15 to 5/16*

*UNREPORTED HOURS and/or WORK DUES 6/15 - 5/16*

| S. S. # | Flags | Type | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CARRANZA, LUIS | # | Hours | 47.00 | - | - | - | - | - | - | - | - | - | - | - | 47.00 |
| XXXXXXXX | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Gross $ | 1,590.28 | - | - | - | - | - | - | - | - | - | - | - | $ 1,590.28 |
| GARCIA-ZUNIGA, JESUS | 39.20 | Hours | - | - | - | - | - | - | 128.50 | - | - | - | - | - | 128.50 |
| XXXXXXXX | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Gross $ | - | - | - | - | - | - | 5,674.20 | - | - | - | - | - | $ 5,674.20 |
| HARRISON, WILLIAM | 30.54 | Hours | - | - | - | - | - | - | - | - | - | 26.50 | - | - | 26.50 |
| XXXXXXXX | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Gross $ | - | - | - | - | - | - | - | - | - | 847.49 | - | - | $ 847.49 |
| KUHL, STEVE | 30.54 | Hours | - | - | - | - | - | - | - | - | - | 27.00 | - | - | 27.00 |
| XXXXXXXX | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Gross $ | - | - | - | - | - | - | - | - | - | 870.39 | - | - | $ 870.39 |
| MONTEJANO, CASEY | 15.00 | Hours | - | - | - | - | - | - | - | 80.00 | 80.00 | 80.00 | - | - | 240.00 |
| XXXXXXXX | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Gross $ | - | - | - | - | - | - | - | 1,200.00 | 1,200.00 | 1,200.00 | - | - | $ 3,600.00 |
| THROGMORT, KENNETH | 39.75 | Hours | - | - | - | - | - | - | 34.00 | - | - | - | - | - | 34.00 |
| XXXXXXXX | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Gross $ | - | - | - | - | - | - | 1,550.30 | - | - | - | - | - | $ 1,550.30 |
| TOTAL HOURS | | | 47.00 | - | - | - | - | - | 162.50 | 80.00 | 80.00 | 133.50 | - | - | 503.00 |
| TOTAL GROSS $ | | | $ 1,590.28 | $ - | $ - | $ - | $ - | $ - | $ 7,224.50 | $ 1,200.00 | $ 1,200.00 | $ 2,917.88 | $ - | $ - | $ 14,132.66 |

| Amount Due To Funds: | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ 469.06 | $ - | $ - | $ - | $ - | $ - | $ 1,621.75 | $ 798.40 | $ 798.40 | $ 1,332.33 | $ - | $ - | $ 5,019.94 |
| PENSION | $ 503.84 | $ - | $ - | $ - | $ - | $ - | $ 1,742.00 | $ 857.60 | $ 857.60 | $ 1,431.12 | $ - | $ - | $ 5,392.16 |
| TRAINING | $ 23.50 | $ - | $ - | $ - | $ - | $ - | $ 81.25 | $ 40.00 | $ 40.00 | $ 66.75 | $ - | $ - | $ 251.50 |
| LECET | $ 3.29 | $ - | $ - | $ - | $ - | $ - | $ 11.38 | $ 5.60 | $ 5.60 | $ 9.35 | $ - | $ - | $ 35.22 |
| LMCC | $ 7.99 | $ - | $ - | $ - | $ - | $ - | $ 27.63 | $ 13.60 | $ 13.60 | $ 22.70 | $ - | $ - | $ 85.52 |
| CAICA | $ 3.76 | $ - | $ - | $ - | $ - | $ - | $ 13.00 | $ 6.40 | $ 6.40 | $ 10.68 | $ - | $ - | $ 40.24 |
| DUES | $ 59.64 | $ - | $ - | $ - | $ - | $ - | $ 270.92 | $ 45.00 | $ 45.00 | $ 109.42 | $ - | $ - | $ 529.98 |
| RET WEL | $ 188.00 | $ - | $ - | $ - | $ - | $ - | $ 650.00 | $ 320.00 | $ 320.00 | $ 534.00 | $ - | $ - | $ 2,012.00 |
| TOTAL | $ 1,259.08 | $ - | $ - | $ - | $ - | $ - | $ 4,417.93 | $ 2,086.60 | $ 2,086.60 | $ 3,516.35 | $ - | $ - | $ 13,366.56 |

| Rates: | 6/1/15 | to | 5/31/16 |
|---|---|---|---|
| WELFARE | 9.98 | LMCC | 0.17 |
| PENSION | 10.72 | CAICA | 0.08 |
| TRAINING | 0.50 | DUES | 3.75% |
| LECET | 0.07 | RET WEL | 4.00 |

LABORERS DISTRICT COUNCIL OF CHICAGO -- CAICA ASSOCIATION

RED ANTS BORING COMPANY # 35165

RICHARD J. WOLF AND COMPANY, INC.

SUMMARY REPORT TOTAL

| | ADDITIONAL | UNREPORTED | TOTAL |
|---|---|---|---|
| **WELFARE** | $ 101,676.74 | $ 14,161.62 | $ 115,838.36 |
| **PENSION** | $ 94,213.06 | $ 14,662.08 | $ 108,875.14 |
| **TRAINING** | $ 4,664.00 | $ 709.50 | $ 5,373.50 |
| **LECET** | $ 653.03 | $ 99.35 | $ 752.38 |
| **LMCC** | $ 1,230.09 | $ 195.44 | $ 1,425.53 |
| **CAICA** | $ 746.24 | $ 113.52 | $ 859.76 |
| **DUES** | $ 10,613.74 | $ 1,473.22 | $ 12,086.96 |
| **RET WEL** | $ 26,296.10 | $ 5,492.80 | $ 31,788.90 |
| **TOTAL** | $ 240,093.00 | $ 36,907.53 | $ 277,000.53 |

LABORERS DISTRICT COUNCIL OF CHICAGO -- CAICA ASSOCIATION

RED ANTS BORING COMPANY # 35165

RICHARD J. WOLF AND COMPANY, INC.

** GRAND TOTAL **

| | | |
|---|---|---|
| **WELFARE** | $ | 115,838.36 |
| **PENSION** | $ | 108,875.14 |
| **TRAINING** | $ | 5,373.50 |
| **LECET** | $ | 752.38 |
| **LMCC** | $ | 1,425.53 |
| **CAICA** | $ | 859.76 |
| **DUES** | $ | 12,086.96 |
| **RET WEL** | $ | 31,788.90 |
| **TOTAL** | $ | 277,000.53 |