**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LABORERS' PENSION FUND, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 17 C 7919 |
| v. | ) | |
| | ) | Honorable Judge Wood |
| THE RED ANTS BORING COMPANY, | ) | |
| an Illinois corporation, | ) | |
| Defendant. | ) | |

**JOINT CERTIFICATION TO DEFER INITIAL DISCOVERY DEADLINE**

NOW COMES Plaintiff, Laborers' Pension Fund, *et al.*, and Defendant, The Red Ant Boring Company, Inc., an Illinois corporation (collectively, the "Parties"), by and through their respective counsel, and pursuant to this Court's Standing Order Regarding Mandatory Initial Discovery, and hereby file the Parties' Joint Certification to Defer Initial Discovery Deadline. In support of this Certification, the Parties state as follows:

1. On November 2, 2017, Plaintiff brought this action under on Section 502(e)(1) and (2) and 515 of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. §1132 (e)(1) and (2) and 1145, Section 301(a) of the Labor Management Relations Act ("LMRA") of 1947 as amended, 29 U.S.C. §185(a), and 28 U.S.C. §1331 and federal common law, seeking payment of allegedly delinquent fringe benefit contributions covering the period June 1, 2013 through March 31, 2016, plus liquidated damages, interest and auditor and attorneys' fees and costs.

2. On January 12, 2018, this Court entered an Order requiring the Parties to exchange their responses to Mandatory Initial Discovery requests on or before February 9, 2018.

3. Plaintiff is in the process of reviewing Defendant's challenges to the audit findings and settlement offer.

4. The Parties are working toward settlement and have a good faith belief that this case will be resolved within thirty days of the due date for their initial discovery responses.

5. The Parties agree to extend the initial discovery deadline thirty (30) days, as permitted under the Court's Standing Order Regarding Mandatory Initial Discovery.

Dated: January 31, 2018    Respectfully submitted,

| | |
|---|---|
| LABORERS' PENSION FUND, *et al.* | THE RED ANT BORING COMPANY, INC. |
| By: /s/ G. Ryan Liska | By: /s/ Megan M. Moore |
| G. Ryan Liska<br>Office of Fund Counsel<br>*Counsel for Plaintiffs*<br>111 W. Jackson Blvd., Suite 1415<br>Chicago, Illinois 60604<br>rliska@chilpwf.com<br>TEL (312) 692-1540 | Megan M. Moore<br>ALLOCCO, MILLER & CAHILL, P.C.<br>*Counsel for Defendant*<br>20 N. Wacker Drive, Suite 3517<br>Chicago, Illinois 60606-2806<br>mmm@alloccomiller.com<br>TEL (312) 675-4325 |